UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>DRIVETIME OF FRESNO,<br><br>    Defendant. | No. 1:20-cv-00207-NONE-SAB<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION</u><br><br>(Doc. Nos. 8, 17) |

On March 25, 2020, defendant Drivetime of Fresno filed a motion to compel arbitration and stay this action which was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 16.)

On February 4, 2021, the assigned magistrate judge filed findings and recommendations recommending that defendant's motion to compel arbitration and stay this action be granted. (Doc. No. 17.)  First, the assigned magistrate judge found that "the clause [in the 'Miscellaneous' provision] which makes the agreement void upon a finding that the 'No Class Actions or Private Attorney General Actions' is limited or void only applies to class action or PAGA claims, not to individual claims such as those raised in this action." (*Id.* at 11:15–17.)  Second, the assigned magistrate judge determined that "the PAGA waiver is severable and, since no PAGA claim is brought in this action, to hold otherwise would violate the 'liberal federal policy favoring

arbitration.'" (*Id.* at 12:27–28 (citations omitted).)  The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service.  (*Id.*)  The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel arbitration and stay this action is GRANTED;
2. This matter is STAYED pending the completion of arbitration; and
3. The parties shall file a joint notice of the status of arbitration every **one-hundred and twenty (120) days** until the stay of this matter is lifted.

IT IS SO ORDERED.

Dated:   **March 1, 2021**              /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE